No. 86–246.   SUMNER, DIRECTOR, NEVADA DEPARTMENT OF PRISONS, ET AL. *v.* SHUMAN.   C. A. 9th Cir.   [Certiorari granted, 479 U. S. 948.]   Motion of petitioners for leave to file

a supplemental brief after argument and to supplement the record granted.